FILED

SEP 17 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 3-19-MJ–71508 JCS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE** |
| v. | |
| CARLOS ALVAREZ, | |
| Defendant. | **FILED UNDER SEAL** |

1    Defendant Carlos Alvarez was granted pretrial release on conditions today.  In open

2    court, the Court indicated that it would also consider amending those conditions to permit Mr.

3    Alvarez to attend the quinceañera of his niece (and goddaughter) on Saturday, September 21,

4    2019, at the Geyserville Grange, 1000 CA-128, Geyserville, California 95441.  The entire

5    ceremony and family celebration will last from noon until 11:00 p.m.  The parties stipulate and

6    jointly request that Mr. Alvarez be permitted to attend from 1:00 p.m. through 8:00 p.m. that

7    day, with all other conditions to remain the same.

8           IT IS SO STIPULATED.

9

10           September 16, 2019            DAVID ANDERSON
             Dated                         United States Attorney
11                                         Northern District of California

12                            /S
                                          ALEX TSE
13                                        Assistant United States Attorney

14

15           September 16, 2019            STEVEN G. KALAR
             Dated                         Federal Public Defender
16                                         Northern District of California

17                            /S
                                          DANIEL P. BLANK
18                                        Assistant Federal Public Defender

19

20

21    IT IS SO ORDERED.

22

23    _____9/17/19_____
           Dated                           _____
24                                         JOSEPH C. SPERO
                                          United States Magistrate Judge
25

26

27

28